John J. Talton, Chapter 13 Trustee  Check No. 820276
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-90453 | 004-0 | TOMMY D WOOTTON<br>Original Check written to:<br>ECMC<br>LOCKBOX 8682<br>P O BOX 75848<br>ST PAUL, MN  55175-0848 | xxxxxxx3758 | 2,244.34 | 80.74 | 0.00 | 80.74 |
| 05-90790 | 014-0 | MELODY H SEAGO<br>Original Check written to:<br>TYLER COUNTY TAC<br>1001 W BLUFF<br>WOODVILLE, TX  75979 | xxxxxxxxxxxxxxxxxxxxxxx4751 | 0.00 | 1,068.12 | 0.00 | 1,068.12 |